NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROKU, INC.,**

*Plaintiff-Appellant*

**v.**

**ACCESS ADVANCE LLC, DOLBY LABORATORIES, INC. (DELAWARE), DOLBY LABORATORIES, INC. (CALIFORNIA), DOLBY INTERNATIONAL AB, DOLBY LABORATORIES LICENSING CORPORATION, DOLBY VIDEO COMPRESSION, LLC, SUN PATENT TRUST,**

*Defendants-Appellees*

_____

2025-2015

_____

Appeal from the United States District Court for the District of Massachusetts in No. 1:24-cv-13217-RGS, Judge Richard G. Stearns.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2                                    ROKU, INC. v. ACCESS ADVANCE LLC

(2) Each side shall bear their own costs.

FOR THE COURT



February 5, 2026                              Jarrett B. Perlow
Date                                          Clerk of Court

ISSUED AS A MANDATE: February 5, 2026